# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00200-RLV-DSC

| | |
|---|---|
| REBECCA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WOODCRAFT INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice" (documents ## 5 and 6) filed January 23, 2015. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: January 23, 2015

_____
David S. Cayer
United States Magistrate Judge