# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-200

| | |
|---|---|
| REBECCA SMITH, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>WOODCRAFT INDUSTRIES, INC., )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**BEFORE THE COURT** is its own motion modifying the jury trial date. The Court notes that Magistrate Judge Cayer recently granted Plaintiff's Motion for Extension of time. (Doc. 27). This means that the motion for summary judgment will not be ripe until late November. The Court has a congested docket in January. Accordingly, the Court amends the pretrial scheduling order to state that this case will be scheduled for the Statesville Trial Term beginning **February 29, 2016**.

**SO ORDERED.**

Signed: October 13, 2015

Richard L. Voorhees
United States District Judge