# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-200

| | |
|---|---|
| REBECCA SMITH, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WOODCRAFT INDUSTRIES, INC., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**BEFORE THE COURT** is its own motion continuing the case to the next trial term beginning May 2, 2016. The Motion for Extension of Time (Doc. 42) is, therefore, **MOOT**.

**SO ORDERED.**

Signed: February 22, 2016

Richard L. Voorhees
United States District Judge